DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES McCAFFREY** and **LISA McCAFFREY,**
Appellants,

v.

**DONALD BROOKS** and **DIANE BROOKS,** et al.,
Appellees.

No. 4D21-2130

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502016CA007110XXXXMB.

Stephen E. Walker, Jupiter, for appellants.

Lloyd R. Schwed of Schwed, Kahle & Kress, P.A., Palm Beach Gardens, for appellees Donald Brooks and Diane Brooks.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***